**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No.: 20-cr-151-CJN |
| v. : | |
| MARK LAMONT CLARK, : | |
| *Defendant*. : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Mark Lamont Clark in the above-referenced matter.

Dated: October 23, 2021                          Respectfully submitted,

                                                                    SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

                                                                       /s/ Christopher Macchiaroli
                                                                    Christopher Macchiaroli (D.C. Bar No. 491825)
                                                                    1750 K Street, NW, Suite 810
                                                                    Washington, D.C. 20006
                                                                    Telephone: (202) 539-2444
                                                                    Facsimile:  (410) 547-2432
                                                                    Email: cmacchiaroli@silvermanthompson.com

                                                                    *Counsel for Defendant*