**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 2 3 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,

v.

Criminal Action No. 1:20-cr-00151 (CJN)

MARK L. CLARK,

*Defendant.*

## VERDICT FORM

### First Count

With respect to the first count, the charge of Deprivation of Rights Under Color of Law with regard to Daquan Toland on July 13, 2018, in violation of 18 U.S.C. § 242, we unanimously find the defendant, Mark L. Clark:

✓ Guilty

_____ Not Guilty

### Second Count

With respect to the second count, the charge of Deprivation of Rights Under Color of Law with regard to Kenneth Coleman on July 18, 2018, in violation of 18 U.S.C. § 242, we unanimously find the defendant, Mark L. Clark:

✓ Guilty

_____ Not Guilty

*May 23, 2023*

Date

Foreperson