IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : No.: 20-CR-151-CJN

MARK LAMONT CLARK, :

       *Defendant.* :

**FILED**
MAY 23 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## GOVERNMENT'S PROPOSED EXHIBIT LIST

| Exhibit No. | Description | Witness | Offered | Admitted | |
|---|---|---|---|---|---|
| A1 | McDonald's Video Front Camera | Baldwin | 5/10/23 | 5/10/23 | |
| A2 | McDonald's Sideview | Baldwin | 5/10/23 | 5/10/23 | |
| A3 | Clark's BWC | Pulliam | 5/10/23 | 5/10/23 | |
| A3.1 | Clark's Transcript BWC | | | | |
| A3.2 | Choke Hold at Beginning | | | | |
| A3.3 | Choke Hold at Middle | | | | |
| A3.4 | Choke Hold Near End | | | | |
| A4 | Evans' BWC | Evans | 5/10/23 | 5/10/23 | |
| A5 | Baldwin's BWC | Baldwin | 5/10/23 | 5/10/23 | |
| A5.1 | Bobick's BWC | Bobick | 5/11/23 | 5/11/23 | |
| A5.2 | Bobick Transcript | | | | |
| A6 | Ritchie and Toland (1D) | Ritchie | 5/11/23 | 5/11/23 | 3:13:41-End |
| A6.1 | Toland 313 | | | | |
| A7 | Photos of Daquan Toland (Cell) | Ritchie | 5/11/23 | 5/11/23 | |
| A8 | Photo of Daquan Toland (Cell) | Ritchie | 5/11/23 | 5/11/23 | |
| A9 | Photo of Daquan Toland | Ritchie | 5/11/23 | 5/11/23 | |
| A10 | Ritchie's BWC | Ritchie | 5/11/23 | 5/11/23 | |
| A11 | Ritchie's BWC | Ritchie | 5/11/23 | 5/11/23 | |
| A12 | Ritchie's BWC | Ritchie | 5/11/23 | 5/12/23 | |
| A13 | Photo of Mark Clark | Ritchie | 5/11/23 | 5/11/23 | |
| A14 | Photos of Mark Clark | Ritchie | 5/11/23 | 5/11/23 | |
| A15 | Ritchie BWC (HUH) | | | | |
| A16 | Photo of Daquan Toland (HUH1) | Ritchie | 5/11/23 | 5/11/23 | |
| A17 | Photo of Daquan Toland (HUH2) | Ritchie | 5/11/23 | 5/11/23 | |
| A18 | Photo of Daquan Toland (HUH3) | Ritchie | 5/11/23 | 5/11/23 | |

| ID | Description | Witness | Date | Date | Notes |
|---|---|---|---|---|---|
| A19 | Photo of Daquan Toland (HUH4) | Ritchie | 5/11/23 | 5/11/23 | |
| A20 | Toland Interview on April 22, 2019 | | | | |
| A21 | Toland Interview on August 10, 2018 | | | | |
| A22 | Blank | No witness | 5/17/23 | 5/17/23 | |
| A23 | Arrest Packet | | | | |
| A24 | Internal Packet | | | | |
| A25 | Chumbley's Final Report. | | | | |
| A26 | Chumbley's Use of Force Review Board | | | | |
| B1 | Clark BWC and Coleman | Romeo | 5/15/23 | 5/15/23 | |
| B1.1 | Clark BWC Transcript Clip 1 | Romeo | 5/12/23 | 5/12/23 | |
| B1.2 | Clark BWC Transcript Clip 2 | Romeo | 5/12/23 | 5/12/23 | |
| B1.2 | Still Photo Clark BWC | Romeo | 5/12/23 | 5/12/23 | |
| B1.3 | Still Photo Clark BWC | Romeo | 5/12/23 | 5/12/23 | |
| B1.4 | Still Photo Clark BWC | Romeo | 5/12/23 | 5/12/23 | |
| B1.5 | Still Photo Clark BWC | Romeo | 5/12/23 | 5/12/23 | |
| B1.6 | Still Photo Clark BWC | Romeo | 5/12/23 | 5/12/23 | |
| B1.7 | Still Photo Clark BWC | Romeo | 5/12/23 | 5/12/23 | |
| B1.8 | Still Photo Clark BWC | Romeo | 5/12/23 | 5/12/23 | |
| B1.9 | Still Photo Clark BWC 7 Your choking me. | Romeo | 5/12/23 | 5/12/23 | |
| B1.10 | Still Photo Clark BWC 7 Your choking me. | Romeo | 5/12/23 | 5/12/23 | |
| B1.11 | Still Photo Clark BWC 7 Your choking me. | Romeo | 5/12/23 | 5/12/23 | |
| B1.12 | Still Photo Clark | Romeo | 5/12/23 | 5/12/23 | |
| B1.13 | Still of Clark BWC video. Clark's forearm on Coleman trachea | Romeo | 5/12/23 | 5/12/23 | |
| B2 | Sgt. Romeo BWC During Incident | Romeo | 5/12/23 | 5/15/23 | |
| B2.1 | Romeo BWC Transcript Clip 1 | Romeo | 5/12/23 | 5/12/23 | Video Only |
| B2.2 | Still of Romeo BWC video. Clark's arm around Coleman's neck-carotid artery | Romeo | 5/12/23 | 5/12/23 | |
| B3.1 | Romeo BWC Transcript Clip 2 | Romeo | 5/15/23 | | |
| B4.1 | Romeo BWC Transcript Clip 3 | | | 5/15/23 | |
| B5 | Mekheal BWC | | | | |
| B5.1 | Mekheal BWC Transcript Clip 1 | Mekheal | 5/15/23 | 5/15/23 | |
| B6.1 | Mekheal BWC Transcript Clip 2 | | | | |
| B7.1 | Mekheal BWC Transcript Clip 3 | | | | |
| B8-1 | Mekheal BWC Transcript Clip 4 | Mekheal | 5/15/23 | 5/15/23 | |
| B9-1 | Mekheal BWC Transcript Clip 5 | Mekheal | 5/15/23 | | |
| B10 | Sgt. Linda Daniels BWC | | | | |
| B10.1 | Daniels Transcript Clip 1 | | | | |

B 6 - 16th Mekheal

| | | | | |
|---|---|---|---|---|
| B10.3 | Daniels Transcript Clip 3 | | | |
| B10.4 | Daniels Transcript Clip 4 | | | |
| B10.5 | Daniels Transcript Clip 5 | | | |
| B11 | Sgt. Richard Harger BWC Getting Coleman's Written Statement at Hospital | | | |
| B11.1 | Harger Transcript Clip 1 | | | |
| B11.2 | Harger Transcript Clip 2 | | | |
| B12 | Lt. Royal BWC | Romes | 5/12/23 | |
| B12.1A | Lt. Royal Transcript Clip 1 | Romes | 5/12/23 | 5/12/23 |
| B12.2 | Lt. Royal Transcript Clip 2 | | | |
| B13 | Photo of Clark Elbow | | | |
| B14 | Photo of Clark Elbow | Romes | 5/15/23 | 5/15/23 |
| B15 | Photo of Clark Full Body | Romes | 5/15/23 | 5/15/23 |
| B16 | Photo of Clark Full Body | | | |
| B17 | Photo of Clark Full Body | | | |
| B18 | Photo of Clark Full Body | | | |
| B19 | Photo of Coleman's throat post arrest | Methael | 5/15/23 | 5/15/23 |
| B20 | Photo of Coleman's throat post arrest | Methael | 5/15/23 | 5/15/23 |
| B21 | Photo of Coleman's throat post arrest | | | |
| B22 | Photo of Coleman's Throat Full Body Post Arrest | | | |
| B23 | Coleman's Medical Records from United Medical Center on July 18, 2018 w Declaration | Singletary | 5/17/23 | 5/17/23 |
| B24 | Coleman's Medical Records from United Medical Center on July 18, 2018 | | | |
| B25 | Arrest Packet for Kenneth Coleman (Noted Personal Identifiers) | Methael | 5/15/23 | |
| B26 | Internal Packet for Kenneth Coleman Arrested (Noted Personal Identifier) | | | |
| B27 | Final Investigative Report Concerning the Use of Force (Neck Restraints, Trachea & Carotid Artery) 09.09.20 | Singletary | 5/17/23 | |

| | | | | |
|---|---|---|---|---|
| B28 | Final Investigative Report Concerning the Use of Force (Neck Restraints, Trachea & Carotid Artery) | | | |
| B29 | Final Investigative Report Concerning the Use of Force (Neck Restraints, Trachea & Carotid Artery) 09.17.20 | | | |
| B30 | Reserved | | | |
| B31 | Written Statement of Kenneth Coleman | | | |
| C1 | Clark's Training | No Witny | 5/17/23 | 5/17/23 |
| C2 | Compliance Suite Data | No Witness | 5/17/23 | 5/17/23 |
| C3 | Training History | No Witness | 5/17/23 | 5/17/23 |
| C4 | WISE Data | No Witness | 5/17/23 | 5/17/23 |
| C5 | MPD Special Order on Use of Carotid Artery Hold | De Oleo | 5/16/23 | 5/16/23 |
| C6 | Teletype Regarding 901.07 update Aug. 12, 2016 | | | |
| C7 | General Order 901.07 Use of Force | Pullican | 5/10/23 | 5/10/23 |
| C8 | Special Order, November 1, 1999 | | | |
| C9 | Teletype of November 3, 2017, GO-RAR-901.07 (Use of Force) | | | |

| | | | | |
|---|---|---|---|---|
| C10 | Mark Clark's PD 292 | | | |
| C11 | Mark Clark's PD 77 | | | |
| C12 | Violation Notice Transmittal, Dated July 20, 2018 | | | |
| C13 | DC MPD Use of Force Recording | | | |
| C14 | Use of Force Online Training 2015 (Clark) | | | |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

/s/ George Eliopoulos
GEORGE ELIOPOULOS
Assistant United States Attorney
MICHAEL T. TRUSCOTT
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW, 5th Floor
Washington, DC 20530
United States Attorney's Office
for the District of Columbia

| | | | | |
|---|---|---|---|---|
| R1 | Request For Incident Summary | Pullican | 5/10/23 | Not Admitted |
| T10 | Incident Record | Pullican | 5/11/23 | Not Admitted |
| #1 | 12 page copy of CW | Hewitt | 5/17/23 | |