# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No.  20-cr-151-CJN
)
MARK CLARK )

## NOTICE OF APPEAL

Name and address of appellant:         Mark Clark

                                        ███████

Name and address of appellant's attorney:

Christopher Macchiaroli, Esq.
Silverman, Thompson, Slutkin & White LLC
1750 K Street, NW, Suite 810
Washington, D.C. 20006

Offense:   Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242

Concise statement of judgment or order, giving date, and any sentence:

Judgment dated March 1, 2024, resulting in a total sentence of six months of incarceration and twenty-four months of supervised release.

Name and institution where now confined, if not on bail:   Pending BOP Designation

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| March 12, 2024 | Mark Clark |
|---|---|
| DATE | APPELLANT |
| | /s/ Christopher Macchiaroli |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✓]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?         YES [✓]   NO [ ]
Has counsel ordered transcripts?               YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]